IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-11232
(Summary Calendar)
_____

MARY E. STENERSON,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
(2:97-CV-267)
--------------------
May 22, 2000

Before POLITZ, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Plaintiff-Appellant Mary E. Stenerson appeals from the district court's judgment affirming the denial of her application for disability insurance benefits.  She argues that the decision of the administrative law judge (ALJ) that she was not disabled was not supported by substantial evidence.  A review of the record shows that the ALJ's decision that Stenerson was not disabled is supported by substantial evidence on the record as a whole.  See Anthony v. Sullivan, 954 F.2d 289, 292 (5th Cir. 1992). Accordingly, the judgment of the district court is

AFFIRMED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.